# United States District Court
# Central District of California

| | |
|---|---|
| INTERSOURCE OEM, INC., <br><br>  Plaintiff, <br><br> v. <br><br> SV SOUND LLC; SPECIALTY TECHNOLOGIES LLC; TOM JACOBY; JAMES OBERSTADT; RONALD STIMPSON; GARY YACOUBIAN; and DOES 1–10, inclusive <br><br>  Defendants. | Case No. 2:14-cv-01219-ODW(SSx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF SUBJECT-MATTER JURISDICTION** |

After reviewing the Complaint filed on February 18, 2013 (ECF No. 1), the Court has serious concerns regarding subject-matter jurisdiction over this action. Plaintiff Intersource OEM, Inc. alleges that this Court has diversity jurisdiction under 28 U.S.C. § 1332. (Compl. ¶ 11.) But Intersource is allegedly a California corporation with a principal place of business in California and Defendant Tom Jacoby is "an individual resident of California." (Compl. ¶¶ 1, 4.) Every first-year law student knows that diversity jurisdiction requires complete diversity of citizenship among the adverse parties. *See Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978) ("[D]iversity jurisdiction does not exist unless *each* defendant is a citizen

of a different State from *each* plaintiff."). Moreover, the Court reminds Intersource that a natural person's citizenship is "determined by her state of domicile, not her state of residence." *Kantor v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001); *see also Jeffcott v. Donovan*, 135 F.2d 213, 214 (9th Cir. 1943) ("Diversity of citizenship as a basis for the jurisdiction of a cause in the District Court of the United States is not dependent upon the residence of any of the parties, but upon their citizenship.").

For these reasons, the Court hereby **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing **no later than Thursday, March 11, 2014** why this case should not be dismissed for lack of subject-matter jurisdiction. The Court also reminds Plaintiff to review the requirements of Federal Rule of Civil Procedure 11 before responding to this Order to Show Cause.

**IT IS SO ORDERED.**

March 6, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**