O

# United States District Court
# Central District of California

| | |
|---|---|
| INTERSOURCE OEM, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> SV SOUND, LLC; SPECIALITY TECHNOLOGIES, LLC; JAMES OBERSTADT; RONALD STIMSTON; GARY YACOUBIAN; Corporations 1-10; Limitied Liability Companies A-Z; and DOES 1-10, inclusive, <br><br>      Defendants. | Case No. 2:14-cv-01219-ODW(SSx) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| SV SOUND, LLC, <br><br>      Counterclaimant, <br><br>   v. <br><br> INTERSOURCE OEW, INC., <br><br>      Counterdefendant. | |

In light of the Notice of Settlement (ECF No. 50), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **May 22, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action

are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 22, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**